IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH A. EVANS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **07-063-MJR** |
| | ) |
| **SHAWN D. ZWIGART, and** | ) |
| **ANTHONY E. ZWIGART,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendants' Motion for Leave to File Answer Out of Time **(Doc. 19)** is **GRANTED**.

Defendants are granted leave to electronically file their answers on or before **August 15, 2007.**

Plaintiff's Motion for Entry of Default **(Doc. 9)** is denied as moot.

**IT IS SO ORDERED.**

**DATE: August 8, 2007.**

                                            **s/ Clifford J. Proud**
                                            **CLIFFORD J. PROUD**
                                            **U.S. MAGISTRATE JUDGE**