IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH A. EVANS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **07-063-MJR** |
| ) | |
| **SHAWN D. ZWIGART, and** ) | |
| **ANTHONY E. ZWIGART,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Strike Defendants' Expert Witness. **(Doc. 54)**.

Per the court's scheduling and discovery order, defendants were required to disclose their expert witnesses and to produce reports prepared and signed by the witnesses by May 1, 2008. **See, Doc. 33.** Defendants did not do so. Instead, defendants named an expert witness on May 15, 2008, but did not produce the required report.

Defendants have not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1

Upon consideration and for good cause shown, plaintiff's Motion to Strike Defendants' Expert Witness **(Doc. 54)** is **GRANTED**.

**IT IS SO ORDERED.**

**DATE: June 30, 2008.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**